**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7238

LARRY MICHAEL SLUSSER,

    Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA; MS. MORALES, Correctional officer; ORTHOPEDIC SURGEON: DR. ANTHONY TIMMS; MEDICAL STAFF MS. WALTON-BATTLE,

    Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Donald C. Coggins, Jr., District Judge.  (0:21-cv-02431-DCC-PJG)

Submitted:  January 17, 2023                    Decided:  January 20, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Larry Michael Slusser, Appellant Pro Se.  Barbara Murcier Bowens, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Michael Slusser seeks to appeal the district court's orders accepting the reports and recommendations of the magistrate judge, granting summary judgment to one Defendant on Slusser's 42 U.S.C. § 1983 claim, and granting the remaining Defendants' motion to dismiss all claims except Slusser's negligence claim pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The orders Slusser seeks to appeal are neither final orders nor appealable interlocutory or collateral orders.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*